IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

JUANITA RICHARDS,

    Plaintiff,

vs.                                              Civil Action No. 3:08-CV-00050
                                                  (Varlan/Guyton)

BABCOCK & WILCOX TECHNICAL
  SERVICES Y-12, LLC,

    Defendant.

## AGREED ORDER OF DISMISSAL

      Plaintiff and Defendant have advised the Court that all issues in controversy in this civil action have been fully and finally resolved. Accordingly, it is ORDERED that this civil action shall be and same hereby is DISMISSED, with prejudice, with each party to bear their own respective attorney fees, discretionary costs, and other costs and expenses associated with this civil action.

      ENTER: February 1, 2010.

                                                        s/ Thomas A. Varlan
                                                      **THOMAS VARLAN, United States District Judge**

**APPROVED FOR ENTRY:**

s/ Michael S. Shipwash
Michael S. Shipwash, BPR No. 019173
Attorney for Plaintiff
LAW OFFICE OF MICHAEL S. SHIPWASH
8079 Kingston Pike, Suite O
Knoxville, TN 37919
(865) 691-4454

s/ J. Thomas Jones
J. Thomas Jones, BPR No. 9510
Attorney for Defendant
JONES, MEADOWS & WALL, PLLC
P.O. Box 377
Knoxville, TN 37901-0377
(865) 540-8777